**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV187** |
| vs. ) | |
| ) | **ORDER** |
| **$12,600.00 IN UNITED STATES CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the parties' joint oral motion for a continuance of the pretrial conference and trial of this matter. The motion will be granted.

**IT IS ORDERED:**

1. The parties' joint oral motion for a continuance of the pretrial conference and trial of this matter is granted.

2. The pretrial conference in this matter is scheduled for **February 22, 2008, at 1:30 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Trial of this matter is set to commence at **9:00 a.m. on March 4, 2008**, before the undersigned magistrate judge in Courtroom Number 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 9th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge