IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | 8:07CV187 |
| vs. )<br>) | ORDER |
| $12,600.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. ) | |

Upon the oral request of counsel for the parties, the **pretrial conference** previously scheduled for January 11, 2008 at 2:00 p.m. is hereby **rescheduled to January 16, 2007, at 11:00 a.m.**

DATED this 11th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge