IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
MAR - 5 2008
OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:07CV187 |
| ) | |
| $12,600.00 IN UNITED STATES ) | ORDER |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

IN ACCORDANCE with the parties' Stipulation filed February 5, 2008, (Filing No. 25), and Mr. Creager's Receipt (Filing No. 27), this case is now dismissed.

DATED this 5th day of March, 2008

BY THE COURT:

_____
THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$12,600.00 IN UNITED STATES
CURRENCY, Defendant, and
ROBERT FINLEY, Claimant

By: _____
ROBERT B. CREAGER (#15370)
Attorney at Law
1630 K Street
Lincoln, NE 68508
(402) 477-8800